UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Tara Mayfield, | Case No. 22-cv-1181 (WMW/DTS) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Super 8 Hotel; Michael Hill, Jr; Stephanie Antwine; and Michael Hill, | |
| Defendants. | |

Before the Court is the June 7, 2022 Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz. (Dkt. 5.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 7, 2022 R&R, (Dkt. 5), is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 26, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge